No. 74–1581. BALTIMORE & OHIO RAILROAD CO. ET AL. *v.* PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY ET AL. Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question. ▮

No. 74–1585. B. COLEMAN CORP. *v.* 47TH & STATE CURRENCY EXCHANGE, INC. Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question.

No. 74–1609. ROBBINS MEN'S & BOYS' WEAR CORP. *v.* CITY OF NEW YORK. Appeal from App. Div., Sup. Ct. N. Y., 2d Jud. Dept., dismissed for want of substantial federal question. ▮

No. 74–1614. BALLARD *v.* BOARD OF TRUSTEES OF THE POLICE PENSION FUND OF THE CITY OF EVANSVILLE. Appeal from Sup. Ct. Ind. dismissed for want of substantial federal question. ▮

No. 74–6398. CIALKOWSKI, AKA HALL *v.* NEBRASKA. Appeal from Sup. Ct. Neb. dismissed for want of substantial federal question. ▮

No. 74–6666. WADE ET UX. *v.* OREGON EX REL. JUVENILE DEPARTMENT OF MULTNOMAH COUNTY. Appeal from Ct. App. Ore. dismissed for want of substantial federal question. ▮

No. 75–34. BEATON ET UX. *v.* JUDGES OF THE LAND COURT ET AL. Appeal from Sup. Jud. Ct. Mass. dismissed for want of substantial federal question. ▮